Dismissed and Memorandum Opinion filed December 16, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00863-CV

____________

 

AMIRALI Y. VIRANI, Appellant

 

V.

 

REILLY EDWARD SCHUELER, Appellee

 



 

On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 925688

 



 

MEMORANDUM
 OPINION

This appeal is from a judgment signed June 25, 2010.  No
clerk’s record has been filed.  The clerk responsible for preparing the record
in this appeal informed the court appellant did not make arrangements to pay
for the record.  

On October 29, 2010, notification was transmitted to all
parties of the court’s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex. R. App.
P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Jamison.